

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-cr-467-RGK |
| Spencer Anderson | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Friday, December 12__, __2025__, at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __J. Choolijian__, in Courtroom __750 Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/10/2025__        _____
                              U.S. ~~District Judge~~/Magistrate Judge